IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD J. LARKIN, III                :                    CIVIL ACTION
                                     :
        v.                           :
                                     :
JO ANNE B. BARNHART,                 :                    NO. 05-2558
Commissioner of the Social           :
Security Administration              :

ORDER

AND NOW, this 12th day of July 2006, upon consideration of the parties' cross motions

for summary judgment and Magistrate Judge Wells' Report and Recommendation, it is

ORDERED as follows:

1.      The Report and Recommendation is APPROVED and ADOPTED;

2.      Plaintiff's motion for summary judgment is DENIED;

3.      Defendant's motion for summary judgment is GRANTED; and

4.      Judgment is entered in favor of defendant, Jo Anne B. Barnhart, Commissioner of the

        Social Security Administration, and against plaintiff, Edward J. Larkin, III.


_____      s/ Thomas N. O'Neill, Jr.
                                          THOMAS N. O'NEILL, JR., J.

1